IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV18

| | |
|---|---|
| THOMAS JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ADAM K. DOERR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court upon its own motion. Plaintiff has filed a Complaint *pro se* which appears to arise from a contract dispute involving less than $10,000. The court has reviewed the Plaintiff's Complaint. Plaintiff fails to establish how this court had jurisdiction over this matter, and indeed it appears that the court is without jurisdiction to entertain this case. Therefore the court will dismiss the Complaint.

    IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

Signed: January 24, 2011

Graham C. Mullen
United States District Judge