# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Jones,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-18-GCM

Adam K. Doerr, et al.,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2011 Order.

                                                FRANK G. JOHNS, CLERK

January 24, 2011

                                                BY:  s/Wendy Brinley
                                                        Wendy Brinley, Deputy Clerk